DOMINICK NATALE, an Infant, by His Guardian ad Litem, LOUIS VERRIOTTA, Respondent, v. BOARD OF EDUCATION, CENTRAL HIGH SCHOOL DISTRICT NO. 1. TOWN OF HEMPSTEAD, NASSAU COUNTY, et al., Appellants.—

Martuscello, Acting P. J., Latham, Gulotta, Christ and Benjamin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK BOEHME, Appellant.—

Rabin, P. J., Hopkins, Munder, Martuscello and Shapiro, JJ., concur.